UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

STEVEN MATZURA, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

   -against-

BROOK N WOOD FAMILY CAMPGROUND, INC.,

                Defendant.

------------------------------------x

ORDER

19 Civ. 8044 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 20 2019

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       November 19, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge